UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-22687-CIV-O'SULLIVAN
[CONSENT]

MARIA RICCI,
    Plaintiff,

v.

VICTORIA'S SECRET STORES, LLC,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Action with Prejudice (DE# 25, 4/25/13). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, May 6, 2013**, at **2:30 PM,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall <u>promptly</u> notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

DONE AND ORDERED in Chambers at Miami, Florida this **25th** day of April, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record